**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed October 4, 2019.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-19-00747-CV**

---

## IN RE ROBERT H. KIDD IV, ROBERT H. KIDD III, AND KIDD PROPERTY MANAGEMENT, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-39775**

---

## MEMORANDUM OPINION

On September 26, 2019, relators Robert H. Kidd IV, Robert H. Kidd III, and Kidd Property Management filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relators ask this court to compel the Honorable Daryl L. Moore, presiding judge of the 333rd

District Court of Harris County, to set aside his July 30, 2019 order striking the counter-affidavit of relators' expert.

On October 2, 2019, the parties filed an agreed motion to dismiss this original proceeding and to lift our stay entered on October 1, 2019. The parties advised the court that the trial court has set aside the July 30, 2019 order striking the counter-affidavit. Therefore, relators' request for relief is now moot. The motion is granted.

Accordingly, relators' petition for writ of mandamus is ordered dismissed and the stay is lifted.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Zimmerer.